## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Jayde Lavern Pugas (Prose)
(Please print)

STREET ADDRESS: 2106 W. 119th Street

CITY/STATE/ZIP: Chicago, IL 60643

PHONE NUMBER: (773) 298-8502

CASE NUMBER: 08CV3245
JUDGE CASTILLO
MAGISTRATE JUDGE COX

Signature: Jayde Pugas

Date: 6/5/08

**FILED**

JUN 0 5 2008 T.C.
Jun 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT