CH

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Jayde Pugas

v.

Defendant(s) Rest Haven Christian Service

08CV3245
JUDGE CASTILLO
MAGISTRATE JUDGE COX

)

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Jayde Luvern Pugas, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I called every attorney on the help  any success

FILED
JUN 0 5 2008 TC
Jun 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

I declare under penalty that the foregoing is true and correct.

_Jayde Pugas_
Movant's Signature

6/5/08
Date

2106 W. 119th Street
Street Address

Chgo, IL 60643
City, State, ZIP

**Referral Services**
(The following organizations will refer you to an attorney if you can afford to pay for legal services)

American Civil Liberties Union
20 E. Jackson Blvd. 16th Floor
Chicago, Illinois 60604
(312) 427-7330

The Ark
2341 W. Devon Ave.
Chicago, Illinois 60659
(312) 973-1000

Casa Central
Hispanic Social Service Agency
2222 N. Kedzie Blvd.
Chicago, Illinois 60604
(312)

Chicago Bar Association
Lawyer Referral Service
321 S. Plymouth Court
Chicago, Illinois 60604
(312) 554-2001

Chicago Council of Lawyers
220 S. State St.
Chicago, Illinois 60604
(312) 427-0710

Cook County Bar Association
175 W. Jackson Blvd.
Chicago, Illinois 60604
(312) 341-0053

Hispanic Lawyers Association

8 S. Michigan Ave. Room 720
Chicago, Illinois 60603
(312) 782-6066

IIT-Chicago-Kent College of Law
Law Offices
565 West Adams, Ste. 600
Chicago, Illinois 60661
(312) 906-5050

Lesbian & Gay Bar Association
of Chicago
3225 N. Sheffield Ave.
Chicago, Illinois 60657
(312) 334-1637

Mujeres Latinas in Action
1823 W. 17th St.
Chicago, Illinois 60605
(312) 226-1544

North Suburban Bar Association
1441 Shermer Road Suite 110
Northbrook, Illinois 60062
(847) 564-4800

Northwest Suburban Bar Association
1350 W. Northwest Highway
Mount Prospect, Illinois 60056
(847) 253-2562

South Suburban Bar Association
Lawyer Referral Service
3612 W. 21st St. Suite 16
Olympia Fields, Illinois 60461
(708) 957-6260

Southwest Bar Association
P.O. Box 140

205 W. Randolph St. Suite 830
Chicago, Illinois 60606
(312) 332-5537

Chicago Legal Clinic
1) South Office
   2938 E. 91st St
   Chicago, Illinois 60617
   (773) 731-1762

2) Austin Office
   118 N. Central Ave.
   Chicago, Illinois 60644
   (773) 854-1610

3) Pilsen Office
   1909 S. Ashland Ave.
   Chicago, Illinois 60608
   (773) 226-2669

4) Roseland Office
   11015 S. Michigan Ave.
   Chicago, Illinois 60628
   (773) 660-8854

Chicago Volunteer Legal Services Foundation (CVLS)
100 N. LaSalle, Suite 900
Chicago, Illinois 60602
(312) 332-1624
(NOTE: CVLS has many legal clinics throughout Chicago. Call for specific locations.)

Community Economic Development Law Project
188 West Randolph Suite 2103
Chicago, Illinois 60601

(312) 939-3638

Cook County Legal Assistance Foundation, Inc.
1) North Suburban Office
   828 Davis St. Suite 201
   Evanston, Illinois 60201
   (847) 475-3703
   TDD (847) 475-5580

2) South Suburban Office
   15325 S. Page Ave.
   Harvey, Illinois 60426
   (708) 339-5550
   TDD (708) 339-5564

3) West Suburban Office
   1146 Westgate St. Suite 200
   Oak Park, Illinois 60301
   (708) 524-2600
   TDD (708) 524-2633

Cook County Legal Assistance Foundation Senior Citizens Legal Service
828 Davis St. Suite 201
Evanston, Illinois 60201
(847) 475-3703

DePaul Legal Clinic
23 E. Jackson Blvd. Room 950
Chicago, Illinois 60604
(312) 341-8294

Equipped for Equality, Inc.,
The PAIR Project
11 E. Adams, Suite 1200
Chicago, Illinois 60603
(312) 341-0022 or (800) 537-2632

Kent College of Law
Clinic: Advice Desk
565 W. Adams St.   Suite 600
Chicago, Illinois    60661
(312) 906-5050

John Marshal Law School
Fair Housing Legal Clinic
28 East Jackson Blvd.    Suite 500
Chicago, Illinois    60604
(312) 786-2267

Land of Lincoln Legal
Assistance Foundation
413 E. Broadway
Alton, Illinois   62002
(618) 462-0036

Lawyers' Committee
For Better Housing
407 S. Dearborn St.  Suite 1075
Chicago, Illinois    60605
(312) 347-7600

Lawyers for the Creative Arts
213 W. Institute Place   Suite 411
Chicago, Illinois    60610
(312) 944-2787

Leadership Council for
Metropolitan Open Communities
401 S. State St.   Suite 860
Chicago, Illinois    60605
(312) 341-5678 or (312) 341-3678
TDD (312) 341-5679

Legal Advocacy Service of the
Guardianship and Advocacy
Commission
160 N. LaSalle St.   Suite S-500
Chicago, Illinois    60601
(312) 338-7500
TDD (312) 793-5937

Legal Aid Bureau of
Metropolitan Family Services
14 E. Jackson Blvd. 15th Floor
Chicago, Illinois   60604
(312) 986-4200

Legal Assistance
Foundation of Chicago
General Intake Office
111 West Jackson
Chicago, Illinois    60604
(312) 341-1070
TDD (312) 431-1206

Life Span Center for Legal Services
20 E. Jackson Blvd.  Suite 500
Chicago, Illinois    60604
(312) 408-1210

Loyola University Community
Law Center
One E. Pearson   Suite 202
Chicago, Illinois    60610
(312) 915-7830

Mandel Legal Aid Clinic
University of Chicago Law School
6020 South University Ave.
Chicago, Illinois    60637
(773) 702-9611

Mexican American Legal Defense and
Educational Fund

Oak Lawn, Illinois   60454
(708) 636-7415

West Suburban Bar Association
320 Circle Avenue
Forest Park, Illinois   60130
(708) 366-1122

Women's Bar Association of
Illinois Referral Service
20 N. Clark   Suite 1725
Chicago, Illinois   60602
(312) 346-9224