# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3245 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Jayde Pugas vs. Rest Haven Christian Services | | |

**DOCKET ENTRY TEXT**

After careful review of this recently filed pro se employment discrimination case, said complaint is dismissed without prejudice because it appears that plaintiff has not filed a complaint with the U.S. Equal Employment Opportunity Commission (EEOC), and has not received a right to sue letter following her June 29, 2006 claim of disability discrimination. Plaintiff's application to proceed in forma pauperis [4] is denied because plaintiff's application reveals she is employed and is a home owner. If plaintiff desires to proceed with this case she must pay a reduced filing fee of $200.00 on or before 8/1/2008. In the meantime, plaintiff's motion for appointment of counsel [5] is denied without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|